# In The United States Court of Federal Claims

No. 97-3811C

(Filed: August 31, 2004)

DUBLIN PLAZA, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Today, a published opinion was issued in the cases related to this matter *(Franconia Assoc., et al. v. United States*) in which the court indicated that this case would be dismissed, for lack of jurisdiction, due to the running of the statute of limitations. While, for the reasons explained in this opinion, the cause of action in this matter accrued in 1987, the suit was not filed until 1997. As the statute of limitations for bringing such a cause of action in this court is six years, *see* 28 U.S.C. § 2501, the case as to this plaintiff was untimely filed. The Clerk is hereby directed to dismiss this case for lack of jurisdiction.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge