# In the United States Court of Federal Claims

**No. 97-3811 C**

**DUBLIN PLAZA, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 31, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, for lack of jurisdiction.

Brian Bishop
Clerk of Court

**August 31, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.